1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SENOBIO MOZQUEDA-OCTAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-434-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| SENOBIO MOZQUEDA-OCTAVO, | ) | |
| | ) | Date: December 1, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for SENOBIO MOZQUEDA-OCTAVO, that the status conference hearing date of November 17, 2011 be vacated, and the matter be set for status conference on December 1, 2011 at 9:00 a.m.

The reason for this continuance is to allow the government time to prepare and offer the defense a plea agreement, and to give defense counsel time to receive the plea agreement and then to review it with the defendant.

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 1, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 15, 2011.                  Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for Senobio Mozqueda-Octavo

DATED: November 15, 2011.                  BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Caro Marks for
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ordered that the November 17, 2011, status conference hearing be |
| 4 | continued to December 1, 2011, at 9:00 a.m.  Based on the |
| 5 | representation of defense counsel and good cause appearing there from, |
| 6 | the Court hereby finds that the failure to grant a continuance in this |
| 7 | case would deny defense counsel reasonable time necessary for effective |
| 8 | preparation, taking into account the exercise of due diligence.  The |
| 9 | Court finds that the ends of justice to be served by granting a |
| 10 | continuance outweigh the best interests of the public and the defendant |
| 11 | in a speedy trial.  It is ordered that time up to and including the |
| 12 | December 1, 2011 status conference shall be excluded from computation |
| 13 | of time within which the trial of this matter must be commenced under |
| 14 | the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) |
| 15 | and Local Code T-4, to allow defense counsel reasonable time to |
| 16 | prepare. |

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE